

<table>
<tr><td>T: (516) 540-2000</td><td>1539 Franklin Avenue<br>Suite 101<br>Mineola, NY 11501</td><td>E: Info@Joudehkuller.com</td></tr>
<tr><td>F: (516) 540-2002</td><td></td><td>www.Joudehkuller.com</td></tr>
</table>

**Writer's Contact Information**:
Brett L. Kuller, Esq.
bkuller@joudehkuller.com

May 1, 2023

**Via NextGen**

The Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

        **Re:** Hamad Zaid v. Michael E. Secotte, et al.
        **Civil Case No.**: 1:22-cv-02715

Dear Judge Rochon:

We represent Plaintiff in this action. I write to respectfully request adjournment of the conference scheduled for this Wednesday since I am presently on trial in the matter captioned J.A. v. Smiles Around Us Academy, Supreme Court, Richmond County, Index # 151668/2020. I was hopeful the case would resolve but it has not resolved and will not likely resolve without a verdict. I respectfully request an adjournment of the May 3 conference to May 19, 22, 24, or 25 if any of those dates are convenient for the Court, so that I can complete my trial. I emailed defense counsel regarding this request but defense counsel has failed to respond to my email.

Respectfully Submitted,

*/s/ Brett L. Kuller*

Brett L. Kuller, Esq.

The May 3, 2023 Conference is adjourned to **May 24, 2023** at **12:45 PM**.

Dated: May 2, 2023
New York, NY

SO ORDERED
*/s/ Jennifer L. Rochon*
JENNIFER L. ROCHON
United States District Judge