UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMAD ZAID,<br><br>        Plaintiff,<br><br>  -against-<br><br>MICHAEL E. SECOTTE; SECOTTE TRANSPORT,<br><br>        Defendants. | 22-CV-02715 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated during the May 24, 2023 Conference, Defendants' motion to compel is GRANTED in part and DENIED in part. *See* ECF No. 34. Defendants' requests to reopen the deposition of Plaintiff Hamad Zaid and to conduct an additional Independent Medical Examination (IME) are denied. At the conference, Plaintiff agreed to accept Defendants' service of expert disclosures by email. The Court deems those disclosures timely filed. Plaintiff shall submit signed interrogatories to Defendants by **May 25, 2023**. Defendants' request to extend expert discovery is granted and the parties shall complete expert discovery by **July 28, 2023**. The post-discovery pre-trial conference is adjourned to **August 21, 2023** at **11:00AM**.

Dated: May 24, 2023
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge