

MEMORANDUM ENDORSED

1539 Franklin Avenue
Suite 101
Mineola, NY 11501

T: (516) 540-2000
F: (516) 540-2002

E: Info@Joudehkuller.com
www.Joudehkuller.com

**Writer's Contact Information**:
Brett L. Kuller, Esq.
bkuller@joudehkuller.com

August 9, 2023

The Hon. Gabriel W. Gorenstein
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

        **Re:** Hamad Zaid v. Michael E. Secotte, et al.
        **Case No.** 1:22-CV-02715
        **Our File No**.: 1144.RJBK

Dear Judge Gorenstein:

We represent Plaintiff Hamad Zaid in the above-referenced action. A telephone conference is presently scheduled for August 14, 2023, at 11:00 a.m. I will be actually engaged in trial at that time in the matter Abed Yasen v. Jordan Redd Fountain, Supreme Court, Kings County, Index # 515439/2019 and, therefore, will not be able to dial into this conference.

We have a pre-trial conference scheduled for August 21, 2023, and I anticipate that my present trial will be concluded by then and that I will be free that day and able to attend the pretrial conference. Perhaps this conference can be adjourned to that date as well if your schedule permits. Alternatively, I am also free on August 22, 24, and 25. I will advise the Court if my present trial resolves tomorrow or Friday so that I can attend this telephone conference on August 14.

I contacted defense counsel to advise that I would be making this application and defense counsel advised that he does not oppose my application.

Respectfully Submitted,

Brett L. Kuller, Esq.

Conference adjourned to August 22, 2023, at 11:00 a.m.  Counsel should advise if his trial is resolved so that this conference date can be advanced.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 10, 2023