UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMAD ZAID,<br><br>        Plaintiff,<br><br>  -against-<br><br>MICHAEL E. SECOTTE, et al.,<br><br>        Defendants. | 22-cv-02715 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The post discovery pretrial conference scheduled for August 21, 2023 is adjourned in light of the parties' ongoing discovery, managed by Magistrate Judge Gorenstein. The Court will reschedule the conference when the parties have concluded discovery. The parties are hereby ORDERED to inform the Court by joint letter of the date in which discovery closes, as soon as that date is set.

Dated: August 18, 2023
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge