UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAMAD ZAID,<br><br>                              Plaintiff(s),<br><br>                    v.<br><br>MICHAEL E. SECOTTE,<br><br>                              Defendant(s). | 22-CV-2715 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. Counsel shall familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except as provided below.

    On September 28, 2024, Plaintiff's counsel filed a letter on ECF, stating that Plaintiff passed away. The letter requested that the Court cancel a conference scheduled for October 25, 2023, following substitution of the proper party for Plaintiff. The Court construes the September 28 letter as a statement noting the death as described in Federal Rule of Civil Procedure 25(a). Counsel shall file a status letter regarding substitution no later than **December 13, 2023**. Counsel's request for cancellation of the October 25 conference is **GRANTED** and all deadlines are **STAYED**, pending further order.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 55.

Dated: October 16, 2023
       New York, New York

                                                DALE E. HO
                                         United States District Judge