UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. MANGINI, as the Administrator for the Estate of Hamad Zaid,

Plaintiff,

v.

MICHAEL E. SECOTTE, et al.,

Defendants.

22-CV-2715 (DEH)

ORDER

DALE E. HO, United States District Judge:

The stay of this matter having been lifted and the Court having been advised that discovery has concluded, the parties are **ORDERED** to appear for a post-discovery conference on **January 5, 2027, at 11:00 a.m.** The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 133 169 269, followed by the pound sign (#). The parties shall submit a joint status letter by **December 30, 2026.** The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions.

SO ORDERED.

Dated: November 18, 2026
New York, New York

DALE E. HO
United States District Judge